# EXHIBIT "2"



Home

# LouMTaylor.com

Your #1 source for the gay demon exorcist



☰ MENU

🏠 Home ▾    Posts ▾    Pages ▾    Fashion    About Us    Contact Us    Blog

Purchase Now                                                                                                    🔍



**TRI STAR SPORTS & ENTERTAINMENT GROUP**

**Courtney Love shows support via Instagram**

🕐 May 20, 2019          👤 Admin

**TRI STAR SPORTS & ENTERTAINMENT GROUP**

**Britney Spears' Alleged Leaked Emails Attack Father, Call Business Manager a 'Stalker'**

🕐 April 24, 2019          👤 Admin



ADS
1600 X 150 Area!    |    Everest News Pro Responsive News and Magazine WordPress Theme    PURCHASE NOW

## CALVARY CHAPEL BRENTWOOD

CALVARY CHAPEL BRENTWOOD          MERCY MINISTRIES



## Calvary Chapel Pastors Rob and Lou Taylor Partner with Mercy Ministries

🕐 March 26, 2009    👤 Admin

Senior Pastor Rob Taylor of Calvary Chapel Brentwood and his wife Lou Taylor have been

## WORLD POLITICS





## Reporter was forced to go against the violence

🕐 November 12, 2018    👤 Admin

Fusce eu nisi quis dolor ullamcorper pulvinar. Sed luctus odio ligula, eu ornare urna rutrum



## Public Service Announcement in Social Media

🕐 November 12, 2018    👤 Admin

Lorem Ipsum is simply dummy text of the printing and typesetting industry. Lorem Ipsum has been





## Obama's speech made everyone scared

🕐 November 12, 2018    👤 Admin

Sed ut perspiciatis unde omnis iste natus error sit voluptatem accusantium doloremque laudantium, totam rem



POLITICS

## Politics playing with public feelings

🕐 November 12, 2018    👤 Admin

Suspendisse finibus lacinia varius. Ut justo velit, dictum at aliquet sed, congue ut sapien. Nullam



POLITICS



## Putin is secretly making intelligent agents

🕐 November 12, 2018    👤 Admin

Phasellus ut turpis a erat condimentum efficitur. Donec finibus urna sit amet urna eleifend dignissim.



POLITICS

## Protest against government is lead by a men

🕐 November 12, 2018    👤 Admin

Praesent libero nisi, commodo nec velit ac, porta fermentum nisl. Nunc metus lorem, fringilla eget



## MERCY MINISTRIES



**TRI STAR SPORTS & ENTERTAINMENT GROUP**

## Courtney Love shows support via Instagram

🕐 May 20, 2019　　👤 Admin

Courtney has been quite vocal this whole time regularly posting on Instagram posts. Courtney states



## Britney Spears' Alleged Leaked Emails Attack Father, Call Business Manager a 'Stalker'



🕐 April 24, 2019



### Billboard's 2019 Top Business Managers: Tackling A 'Whirl' Of A Tax Season And More

🕐 March 25, 2019



### Taking photos are best lifestyle to live

🕐 November 21, 2018



### You should enjoy with your friends

🕐 November 21, 2018



ADS 728 x 90 Area! Everest News Pro Responsive News and Magazine WordPress Theme  PURCHASE NOW

## TRI STAR SPORTS & ENTERTAINMENT GROUP





TRI STAR SPORTS & ENTERTAINMENT GROUP

## Courtney Love shows support via Instagram

🕐 May 20, 2019    👤 Admin

Courtney has been quite vocal this whole time regularly posting on Instagram posts. Courtney states



## Britney Spears' Alleged Leaked Emails Attack Father, Call Business Manager a 'Stalker'

🕐 April 24, 2019



Billboard's 2019 Top Business Managers: Tackling A 'Whirl' Of A Tax Season And More

🕐 March 25, 2019



Rewind: MusicRow 2017 Events

🕐 December 21, 2017

## TRAVEL NEWS



<span style="background:red;color:white;">TRI STAR SPORTS & ENTERTAINMENT GROUP</span>

## Courtney Love shows support via Instagram

🕐 May 20, 2019   👤 Admin

Courtney has been quite vocal this whole time regularly posting on Instagram posts. Courtney states





## Britney Spears' Alleged Leaked Emails Attack Father, Call Business Manager a 'Stalker'

🕐 April 24, 2019



## Billboard's 2019 Top Business Managers: Tackling A 'Whirl' Of A Tax Season And More

🕐 March 25, 2019



LouMTaylor Elemental - Source for the Lazy Content Exorbitant



## Taking photos are best lifestyle to live

🕐 November 21, 2018

## WORLD ECONOMY & BUSINESS



TRI STAR SPORTS & ENTERTAINMENT GROUP

## Courtney Love shows support via Instagram

🕐 May 20, 2019    👤 Admin

Courtney has been quite vocal this whole time regularly posting on Instagram posts. Courtney states



### Britney Spears' Alleged Leaked Emails Attack Father, Call Business Manager a 'Stalker'

🕐 April 24, 2019



### Billboard's 2019 Top Business Managers: Tackling A 'Whirl' Of A Tax Season And More

🕐 March 25, 2019



### Taking photos are best lifestyle to live

🕐 November 21, 2018



### You should enjoy with your friends

🕐 November 21, 2018

| Type Something | Search |
| --- | --- |

## RECENT POSTS

Courtney Love shows support via Instagram

- Courtney Love shows support via Instagram

- Britney Spears' Alleged Leaked Emails Attack Father, Call Business Manager a 'Stalker'

- Billboard's 2019 Top Business Managers: Tackling A 'Whirl' Of A Tax Season And More

- Taking photos are best lifestyle to live

- You should enjoy with your friends

## ARCHIVES

- May 2019

- April 2019

- March 2019

- November 2018

- October 2018

- September 2018

- August 2018

- July 2018

- June 2018

- May 2018

- April 2018

- December 2017

- October 2017

- December 2016

- April 2016

- October 2015

- January 2015

- February 2012

- January 2012

- October 2011

- May 2010

- April 2010

- March 2009

- January 2008

## CATEGORIES

- Agriculture

- Basketball

- Business

- Calvary Chapel Brentwood

- Cricket

- Entertainment

- Fashion

- Foods

- Football

- Health

- Lifestyle

- Mercy Ministries

- Politics

- Racing

- Sports

- Technology

- Travel

- Tri Star Sports & Entertainment Group

- Wildlife

## ABOUT REPORTER

Loum Taylor Brand Studio | Source Filed by Clay Derrick Jordon



# Morgan Howen

Morgan is an example author of everest news. She has just a dummy image &

| Know More |
|:---:|

## FIND MORE ON

| f Facebook | Twitter |
|:---|:---|
| Instagram | Vk |
| Linkedin | Pinterest |
| Reddit | Google + |
| Vimeo | Youtube |
| Q Quora | M Medium |

## RECENT HAPPENINGS



TRI STAR SPORTS & ENTERTAINMENT GROUP



Courtney Love shows support via Instagram

🕐 May 20, 2019



Britney Spears' Alleged Leaked Emails Attack Father, Call Business Manager a 'Stalker'

🕐 April 24, 2019



LoumTaylor.com | Multi-Source Industry Network Records



## Billboard's 2019 Top Business Managers: Tackling A 'Whirl' Of A Tax Season And More

🕐 March 25, 2019



LIFESTYLE

## Taking photos are best lifestyle to live

🕐 November 21, 2018



TRAVEL

Case 1:19-cv-03028-MLB Document 1-2 Filed 07/01/19 Page 21 of 29



## You should enjoy with your friends

🕐 November 21, 2018



ADS
1600 x 150 Area!

Everest News Pro Responsive News and Magazine WordPress Theme

PURCHASE NOW

## SPORTS



## Adham finally won the final lap of car race

🕐 November 18, 2018



## Hundreds of cyclist are taking participation

🕐 November 18, 2018



Loum Taylor - a theme that is sourced only by Odinelis WordPress

## Black bikers team won the match yesterday

🕐 November 18, 2018



## Sport car was spotted on the remote village

🕐 November 18, 2018





## Unfortunately, he got mashed up by wicket

🕐 November 18, 2018



## He made sixes on every ball for an over

🕐 November 18, 2018





## Batsman got out due to wicket keeper

🕐 November 18, 2018



## Cricket is also making family to play

🕐 November 18, 2018





## Man of the match was declared on the spot

🕐 November 18, 2018



## Russian girls are cheering for their country

🕐 November 18, 2018





## Running on the ground makes more exercise

🕐 November 18, 2018



## The game of leg still is in heart of people

🕐 November 18, 2018

**ABOUT EVEREST NEWS**





Fusce eu nisi quis dolor ullamcorper pulvinar. Sed luctus odio ligula, eu ornare urna rutrum sit amet. Donec ipsum neque, volutpat eget elementum ac, ullamcorper quis orci. Nunc elementum venenatis tincidunt. Suspendisse vel mollis turpis. Nullam sed orci efficitur, tincidunt sapien in, rutrum ante. Mauris vulputate tempus enim non porttitor. Pellentesque nisi urna, faucibus vel orci rutrum, convallis egestas ante.

## TAGS

| | | | | | |
|---|---|---|---|---|---|
| Adam Leber | Agriculture | Basketball | Beach Life | Bike Race | Birds |
| Britney Spears | Business | Children | Courtney Love | Cycling | Doctors |
| Entertainment | Exercise | Florida Georgia Line | Food | Food Item | Football |
| Fruits | Fun | Gwen Stefani | Horse Riding | Jamie Spears | Jennifer Lopez |
| Laptops | Larry Rudolph | Life | Lifestyle | Lindsay Lohan | Meghan Trainor |
| Politics | Priyanka Chopra | Racing | Robin Greenhill | Sam Lutfi | Snacks | Sports |
| Standard Lifestyle | Steven Tyler | Swimming | Technology | Travel | Wicket |
| Women | | | Worldcup | | |

## RECENT NEWS



Courtney Love shows support via Instagram

Britney Spears' Alleged Leaked Emails Attack Father, Call Business Manager a 'Stalker'

Case 1:19-cv-03028-MLB  Document 1-2  Filed 07/01/19  Page 29 of 29





Billboard's 2019 Top Business Managers: Tackling A
'Whirl' Of A Tax Season And More

Copyright © 2018. LouMTaylor.com by Everestthemes

Privacy    |    Policy    |    Terms & Conditions