# EXHIBIT "3"

# Your 2nd source for the gay demon exorcist. (http://loumtaylor.net/)

#FreeBritney

**DISCLAIMER (HTTP://LOUMTAYLOR.NET/?PAGE_ID=25)**

HOME  (HTTP://LOUMTAYLOR.NET)  /  LOUMTAYLOR

# LouMTaylor

## The Britney Spears Foundation goes broke, thanks to an organization highly supported by Lou M Taylor . (http://loumtaylor.net/?p=22)

⏱ **29TH JUNE 2019 (HTTP://LOUMTAYLOR.NET/?M=20190629)** 💬 0 (http://loumtaylor.net/?p=22#respond)

## Hello World (http://loumtaylor.net/?p=1)

⏱ **29TH JUNE 2019 (HTTP://LOUMTAYLOR.NET/?M=20190629)** 💬 0 (http://loumtaylor.net/?p=1#respond)

Welcome to LouMTaylor.net your 2nd Source for the gay demon exorcist

Search …          SEARCH

### RECENT POSTS

The Britney Spears Foundation goes broke, thanks to an organization highly supported by Lou M Taylor . (http://loumtaylor.net/?p=22)

Hello World (http://loumtaylor.net/?p=1)

#RIPTheBritneySpearsFoundation 2001
– 2011 . A federal tax filings from 2011
showed that her conservators only left
$17 to Britney Spears foundation. In
December 2011 James Spears and
Andrew Wallet as her conservators sent
$50,000 to Mercy Ministries of Nashville
[…]

## RECENT COMMENTS

## ARCHIVES

June 2019 (http://loumtaylor.net/?
m=201906)

## CATEGORIES

LouMTaylor (http://loumtaylor.net/?
cat=1)

## META

Log in (http://loumtaylor.net/wp-
login.php)

Entries RSS (Really Simple
Syndication) (http://loumtaylor.net/?
feed=rss2)

Comments RSS (Really Simple
Syndication) (http://loumtaylor.net/?
feed=comments-rss2)

WordPress.org
(https://wordpress.org/)

Copyright © All rights reserved. Theme: Minimal Lite by **Thememattic (http://thememattic.com/)**