# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Georgia | County of NORTHERN DISTRICT | U. S. District Court |

Case Number: 1:19-CV-03028-MLB

Plaintiff:
**LOU M. TAYLOR,**

vs.

Defendant:
**BRYAN S. KUCHAR,**

For:
Hayden Pace
1201 WEST PEACHTREE STREET, N.W.
ONE ATLANTIC CENTER, SUITE 2400
ATLANTA, GA 30309

Received by Discrete Professional Services L. L. C. on the 9th day of August, 2019 at 12:15 pm to be served on **BRYAN S. KUCHAR, 1100 JOHNSON FERRY ROAD, N.W., SUITE 350, ATLANTA, GA 30342**.

I, MUHSIN S. HASSAN, being duly sworn, depose and say that on the **9th day of August, 2019** at **2:00 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, PROOF OF SERVICE and CIVIL COVER SHEET** to: **BRYAN S. KUCHAR** at the address of: **1100 JOHNSON FERRY ROAD, N.W., SUITE 350, ATLANTA, GA 30342**, and informed said person of the contents therein, in compliance with state statutes.

The recipient description below is approximate to the best of the Process Server's knowledge and abilities.

**Additional Information pertaining to this Service:**
8/9/2019 2:00 pm At the time of service, Bryan Kuchar refused to come out of his office to accept service. After much time and conversation with the employees and security personnel, the office manager brought Bryan Kuchar into the office lobby and Process Server was able to serve the documents upon the defendant.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: WHITE, Height: 6', Weight: 240, Hair: BROWN, Glasses: N

I am over the age of 18, of sound mind and neither a party to nor interested in the above suit. I have personal knowledge of the facts stated above. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.

Subscribed and Sworn to before me on this
_9TH_ day of _AUGUST_, 20_19_, by the affiant who is personally known to me or has show acceptable identification.

_Ernestine Bell_
NOTARY PUBLIC

_Muhsin S. Hassan_
MUHSIN S. HASSAN

Discrete Professional Services L. L. C.
P.O. Box 451081
Atlanta, GA 31145
(470) 435-2136

Our Job Serial Number: DIS-2019000582
Ref: LOU M. TAYLOR v BRYAN S. KUCHAR

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-03028-MLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BRYAN S. KUCHAR

was received by me on *(date)* 9 August 2019.

☒ I personally served the summons on the individual at *(place)* 1100 JOHNSON FERRY RD. N.W., SUITE 350, ATLANTA, GA 30342 on *(date)* 9 August 2019; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9 August 2019

*Server's signature*

MUHSIN S. HASSAN, PROCESS SERVER
*Printed name and title*

P.O. BOX 451081
ATLANTA, GA 31145
*Server's address*

Additional information regarding attempted service, etc: