# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LOU M. TAYLOR, an individual, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: |
| ) | 1:19-cv-03028-MLB |
| v. ) | |
| ) | |
| BRYAN S. KUCHAR, an individual ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, the undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

PLAINTIFF

Lou M. Taylor, an individual

DEFENDANT

Bryan S. Kuchar, an individual

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in, or other interest, which could be substantially affected by the outcome of this particular case:

*None presently known to Plaintiff.*

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

PLAINTIFF

Hayden R. Pace, Esq.

Jordan A. Fishman, Esq.

DEFENDANT

*Not presently known to Plaintiff.*

This 13th day of August, 2019.

Respectfully submitted by:

/s/ Hayden Pace
Hayden R. Pace
Georgia Bar No. 558595
Jordan A. Fishman
Georgia Bar No. 180796

*Counsel for Plaintiff Lou M. Taylor*

**STOKES WAGNER, A.L.C.**
One Atlantic Center, Suite 2400
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
Telephone: (404) 766-0076
Facsimile: (404) 766-8823
hpace@stokeswagner.com
jfishman@stokeswagner.com

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this document complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the Northern District of Georgia, and has been typed in Times New Roman 14 point.

*s/ Hayden Pace*
_____
Hayden R. Pace