# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LOU M. TAYLOR,

    Plaintiff,

v.

                                                  Case No. 1:19-cv-03028-MLB

BRYAN S. KUCHAR,

    Defendant.

_____/

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that Defendant, BRYAN S. KUCHAR, will take the deposition of Plaintiff, LOU M. TAYLOR, at 235 Peachtree Street, North Tower, Suite 400, Atlanta, GA 30303-1400, on January 28, 2020, at 11:00 am. The deposition will be conducted before an officer authorized to administer oaths, will be recorded by stenographic means, and will continue from day-to-day until completed.

January 17, 2020                                                  Respectfully submitted

                                                              **Ghanayem and Rayasam, LLC**
                                                              Ravi Rayasam
                                                              1936B North Druid Hills Road, N.E.
                                                              Atlanta, GA 30319
                                                              (404) 561-0202
                                                              (404) 585-5088 (fax)

                                                              /s/ Ravi Rayasam
                                                              Ravi Rayasam
                                                              GA Bar No. 596769

# EXHIBIT B

| | |
|---|---|
| **From:** | John Brinson |
| **Sent:** | Monday, January 27, 2020 5:47 PM |
| **To:** | John Brinson |
| **Subject:** | Taylor v. Kuchar - Case No. 1:19-cv-03028 | Deficiency Letter Regarding Defendant's Discovery Responses |

**From:** Darren Heitner <darren@heitnerlegal.com>
**Sent:** Wednesday, January 15, 2020 6:08 PM
**To:** Marcy Sperry <marcy@vividip.com>
**Cc:** Alan Wilmot <alan@heitnerlegal.com>; Alex Aron <Alex@vividip.com>; John Brinson <john@vividip.com>; c44b05b91+matter1198852924@maildrop.clio.com
**Subject:** Re: Taylor v. Kuchar - Case No. 1:19-cv-03028 | Deficiency Letter Regarding Defendant's Discovery Responses

Marcy,

We disagree. Your client, as the plaintiff, absolutely had the choice of selecting a forum. As such, we intend to depose her in the forum she chose. We do not believe there is good cause to shift the deposition from the locale where the case is pending. As such, we will file a notice of taking deposition for the 28th in said forum. If your client refuses to appear, then we will take a certificate of non-attendance and seek sanctions.

Thank you.

On Wed, Jan 15, 2020 at 4:29 PM Marcy Sperry <marcy@vividip.com> wrote:

> Darren,
>
> My client had no choice but to file in federal court in Georgia to support personal jurisdiction because that is where your client lives. My client is merely seeking to stop your client's defamatory and infringing activities and she should not incur the time nor expense to fly to Atlanta to stop it. In certain cases, a court, pursuant to Rule 26(c), will find "good cause" to exercise its discretion to move the deposition's locale to "protect a party or person from . . . undue burden or expense." Here we are confident this Court will find that good cause requires holding the deposition in LA given the nature of your client's actions. Accordingly, my client will not appear for a deposition in Georgia. Again, the offer of depositions in LA on January 28 and 30 stand.
>
> Marcy
>
> **From:** Darren Heitner <darren@heitnerlegal.com>
> **Sent:** Wednesday, January 15, 2020 10:24 AM
> **To:** Marcy Sperry <marcy@vividip.com>
> **Cc:** John Brinson <john@vividip.com>; Alan Wilmot <alan@heitnerlegal.com>; Alex Aron <Alex@vividip.com>;

c44b05b91+matter1198852924@maildrop.clio.com

**Subject:** Re: Taylor v. Kuchar - Case No. 1:19-cv-03028 | Deficiency Letter Regarding Defendant's Discovery Responses

Marcy,

That is unacceptable. As you are aware, the party initiating discovery may decide upon a location for deposition. Your client decided on the federal district in Georgia as the place for litigation, requiring your client to be deposed in said location. Further, as I'm sure you're aware, the general rule is that the party who serves a notice of deposition chooses the location and may set the location wherever she wishes.

As such, please confirm by end of day that your client will sit for her deposition in the Georgia jurisdiction on January 28. This office does not have availability on January 30.

On Wed, Jan 15, 2020 at 10:18 AM Marcy Sperry <marcy@vividip.com> wrote:

> Hello Darren,
>
> My client is available for a deposition in LA on January 28 and January 30. Please confirm which date you are available and we will provide you with details on the location for the deposition.
>
> Best regards,
>
> Marcy
>
> **Marcy L. Sperry**
>
> Founder
>
> 

**P** 404.474.1600 | **D** 470.851.0871

marcy@vividip.com



**From:** Darren Heitner <darren@heitnerlegal.com>
**Sent:** Tuesday, January 14, 2020 2:40 PM
**To:** John Brinson <john@vividip.com>
**Cc:** Alan Wilmot <alan@heitnerlegal.com>; Alex Aron <Alex@vividip.com>; Marcy Sperry <marcy@vividip.com>; c44b05b91+matter1198852924@maildrop.clio.com
**Subject:** Re: Taylor v. Kuchar - Case No. 1:19-cv-03028 | Deficiency Letter Regarding Defendant's Discovery Responses

This is a renewed request for availability of your client within the discovery period for the taking of her deposition. We would prefer not going to court on this issue, but need to in order to preserve our rights if we don't hear from you by close of business tomorrow. All rights are reserved.

# John Brinson

**From:** John Brinson
**Sent:** Monday, January 27, 2020 5:25 PM
**To:** John Brinson
**Subject:** Service of Discovery Requests (Case No. 19-cv-03028-TAYLOR v. KUCHAR)

**From:** Darren Heitner <darren@heitnerlegal.com>
**Sent:** Monday, January 27, 2020 11:55 AM
**To:** Marcy Sperry <marcy@vividip.com>
**Cc:** Alan Wilmot <alan@heitnerlegal.com>; Alex Aron <Alex@vividip.com>; John Brinson <john@vividip.com>; Melissa Castro <melissa@vividip.com>; Ravi Rayasam <ravi@gratlantalaw.com>; c44b05b91+matter1198852924@maildrop.clio.com
**Subject:** Re: Service of Discovery Requests (Case No. 19-cv-03028-TAYLOR v. KUCHAR)

Hi Marcy. I appreciate you reaching out to meet and confer on this matter, but as previously discussed, this case was brought by your client in the jurisdiction of her choice. We wish to depose her in person and remain interested in deposing her pursuant to the notice of taking deposition that has been served. Absent a motion, we intend to take said deposition tomorrow. Thanks.

On Mon, Jan 27, 2020 at 11:49 AM Marcy Sperry <marcy@vividip.com> wrote:

> Darren,
>
> As part of our duties to meet and confer on this topic, we would like to offer to have the deposition of Lou Taylor by videoconference or telephone instead of having Ms. Taylor fly to Atlanta. Will you agree to a telephone or videoconference deposition of Ms. Taylor?
>
> Best regards,
>
> Marcy
>
> **Marcy L. Sperry**
>
> Founder