IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Lou M. Taylor,

                Plaintiff,      Case No. 1:19-cv-03028

v.                                     Michael L. Brown
                                       United States District Judge

Bryan S. Kuchar,

                Defendant.

_____/

## **ORDER**

Plaintiff Lou M. Taylor sued Defendant Bryan S. Kuchar in the Northern District of Georgia. (Dkt. 1.) Defendant seeks to depose Plaintiff in Atlanta, Georgia. (Dkt. 24.) Plaintiff wants to be deposed where she lives, Los Angeles, California, or to have the deposition taken via videoconference. (Dkt. 27.) Since Plaintiff chose to sue in the Northern District of Georgia, she cannot now refuse her deposition being taken in this district. The Court **ORDERS** Plaintiff to appear in this district before the close of discovery, February 28, 2020, to be deposed.

**SO ORDERED** this 5th day of February, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE