# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

LOU M. TAYLOR          )

                                )

        Plaintiff,          )        CIVIL ACTION NO.

v.                         )        1:19-CV-03028-MLB

                                )

BRYAN S. KUCHAR,     )

                                )

        Defendant.      )

## <u>NOTICE OF SETTLEMENT</u>

On behalf of Lou M. Taylor ("Taylor"), Taylor's counsel informs the Court that a confidential settlement agreement has been reached with Defendant Bryan S. Kuchar. In connection with that settlement agreement, counsel is authorized to present the attached proposed Order which has been consented to by all parties.

Respectfully submitted,

By: /s/ Marcy L. Sperry
Marcy L. Sperry (GA Bar No. 455561)
Alex J. Aron (GA Bar No.162408)
SPERRY IP LAW LLC d/b/a VIVID IP
3 Alliance Center
3550 Lenox Rd. NE
21st Floor
Atlanta, GA 30326
marcy@vividip.com
alex@vividip.com

Chad S. Hummel
SIDLEY AUSTIN LLP
1999 Avenue of the Stars

17th Floor
Los Angeles, CA 90067
(310) 595-9505
chummel@sidley.com

*Attorneys for Plaintiff*
LOU M. TAYLOR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| LOU M. TAYLOR | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 1:19-CV-03028-MLB |
| | ) | |
| BRYAN S. KUCHAR, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have this day served a true and correct copy of the foregoing ***Notice of Settlement*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to: Heitner Legal, P.L.L.C., 215 Hendrircks Isle, Fort Lauderdale, Florida 33301.

This 5th day of March 2020.

Respectfully submitted,

By: /s/ Marcy L. Sperry
Marcy L. Sperry (GA Bar No. 455561)
Alex J. Aron (GA Bar No.162408)
SPERRY IP LAW LLC d/b/a VIVID IP
3 Alliance Center
3550 Lenox Rd. NE
21" Floor
Atlanta, GA 30326
marcy@vividip.com
alex@vividip.com