# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| LOU M. TAYLOR | ) | |
| | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 1:19-CV-03028-MLB |
| | ) | |
| BRYAN S. KUCHAR, | ) | |
| | ) | |
|     Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL

A confidential settlement has been reached between Plaintiff Lou M. Taylor and Defendant Bryan S. Kuchar with respect to the above-captioned lawsuit. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the dismissal of Plaintiff's claims against the Defendant with prejudice, with each party to bear their own attorneys' fees and costs associated with the dismissal of these claims.

Respectfully submitted this 9th day of March, 2020.

**Sperry IP Law d/b/a Vivid IP**

**/Marcy L. Sperry/**
Marcy L. Sperry, Esq.
Georgia Bar No. 455561

**Heitner Legal, P.L.L.C.**

**/Darren Heitner/**
Darren Heitner, Esq.
Florida Bar No. 85956

marcy@vividip.com

Alex J. Aron, Esq.
Georgia Bar No.162408
alex@vividip.com

3 Alliance Center
3550 Lenox Rd. NE
21st Floor
Atlanta, GA 30326
Phone: 404-474-1600
*Attorneys for Plaintiff*

Darren@heitnerlegal.com

215 Hendricks Isle
Fort Lauderdale, FL 33301
*Attorney for Defendant*